# Court of Appeals
# of the State of Georgia

ATLANTA, September 13, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0025.  IN THE INTEREST OF: D. O. W., A CHILD (FATHER).**

The father of D. O. W. has filed a direct appeal from the juvenile court's order terminating his parental rights. We lack jurisdiction.

Pursuant to OCGA § 5-6-35 (a) (12), appeals from orders terminating parental rights must be made by filing an application for discretionary appeal. See *In the Interest of K. R.*, 285 Ga. 155 (674 SE2d 288) (2009). The father's failure to file an application for discretionary review deprives us of jurisdiction over this appeal, which is hereby *DISMISSED*.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/13/2013
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*